SIMON B. BENNETT, Respondent, *v.* NELSON TAYLOR and
others, Appellants.

A mortgage is a mere incident to a debt, and in order to maintain an action
founded on the mortgage, the debt must first be proved.

In this case the Court therefore erred in permitting the plaintiff to introduce the
mortgage in evidence, without first producing or accounting for the note.

APPEAL from the District Court of the Fifth Judicial District, San
Joaquin County.

*Howard & Perley*, for Appellants.

*L. Sanders, Jr.*, for Respondent.

No authorities were cited by counsel.

MURRAY, C. J., delivered  the opinion of the Court.   HEYDENFELDT,
J., concurred.

The Court below erred in  permitting the  plaintiff  to introduce the
mortgage in  evidence, without first  producing  or  accounting  for the
note.

The mortgage was a  mere  incident  to the  debt;  and in  order to
maintain the  action, which was  founded on  the plaintiff's possession
and the mortgage, the debt should have been proved.

In other respects, the rulings of the Court were correct, and the
case properly tried.

Judgment reversed and new trial ordered.